RICHARD L. PEEL, ESQ.
Nevada Bar No. 4359
CARY B. DOMINA, ESQ.
Nevada Bar No. 10567
JEFFERSON W. BOSWELL, ESQ.
Nevada Bar No. 11776
**PEEL BRIMLEY LLP**
3333 E. Serene Avenue, Suite 200
Henderson, Nevada 89074-6571
Telephone: (702) 990-7272
Facsimile:  (702) 990-7273
rpeel@peelbrimley.com
cdomina@peelbrimley.com
jboswell@peelbrimley.com
*Attorneys for Plaintiff*
PACIFIC RETAIL CONSTRUCTION, INC.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PACIFIC RETAIL CONSTRUCTION, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SCM GROUP NORTH AMERICA, INC., a Georgia corporation; DOES 1 through X; ROE CORPORATIONS 1 though X,<br><br>Defendants. | CASE NO.: 2:21-CV-00428-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND OPPOSITION DEADLINES**<br>**(First Request)** |

Plaintiff, PACIFIC RETAIL CONSTRUCTION, INC. ("Plaintiff") and Defendant, SCM GROUP NORTH AMERICA, INC. ("Defendant"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, on March 19, 2021, Defendant filed its Motion to Compel Arbitration [and Motion to Dismiss Complaint] as ECF No. 6;

WHEREAS, on March 19, 2021, Defendant filed its [Motion to Compel Arbitration and] Motion to Dismiss Complaint as ECF No. 7 (collectively the "Motions");

WHEREAS, Plaintiff's response to the Motions is due on or before April 2, 2021;

WHEREAS, Plaintiff's lead counsel was unable to review, analyze and prepare the

1  Plaintiff's responses to the Motions due to an in-patient medical procedure; and

2  WHEREAS, on March 31, 2021, Plaintiff's counsel requested a two-week extension to file its responses to the Motions, and Defendant's counsel agreed to the requested extension.

NOW THEREFORE THE PARTIES STIPULATE AND AGREE as follows:

IT IS STIPULATED AND AGREED that Plaintiff's Responses to the Motions shall be filed on or before April 16, 2021.

No hearing has been scheduled on the Motion. This is the parties' first request for an extension of the deadlines related to the Motion, and is not made nor intended to cause any delay or prejudice to any Party.

IT IS SO STIPULATED AND AGREED this 1st day of April, 2021.

| PEEL BRIMLEY LLP | HOLLAND & HART LLP |
|---|---|
| /s/ Cary B. Domina | /s/ Robert J. Cassity |
| RICHARD L. PEEL, ESQ. (4359)<br>CARY B. DOMINA, ESQ. (10567)<br>JEFFERSON W. BOSWELL, ESQ. (11776)<br>3333 E. Serene Avenue, Suite 200<br>Henderson, Nevada 89074-6571<br>Telephone: (702) 990-7272<br>rpeel@peelbrimley.com<br>cdomina@peelbrimley.com<br>jboswell@peelbrimley.com<br>*Attorneys for Plaintiff*<br>*PACIFIC RETAIL CONSTRUCTION, INC.* | Robert J. Cassity, Esq. (9779)<br>Jenapher Lin, Esq. (14233)<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br>Phone: 702.669.4600<br>bcassity@hollandhart.com<br>jlin@hollandhart.com<br>*Attorneys for Defendant*<br>*SCM GROUP NORTH AMERICA, INC.* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: April 5, 2021

16513030_v1

PEEL BRIMLEY LLP
3333 E. SERENE AVENUE, STE. 200
HENDERSON, NEVADA 89074
(702) 990-7272 ♦ FAX (702) 990-7273